GARY M. RESTAINO
United States Attorney
District of Arizona

BENJAMIN GOLDBERG
Assistant United States Attorney
New York State Bar No. 5346838
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone:  602-514-7500
Email: ben.goldberg@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
RECEIVED ___ COPY

DEC 2 7 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. | CR-22-1729-PHX-DLR (DMF) |
|---|---|---|
| Plaintiff, | | **INDICTMENT** |
| vs. | VIO: | 18 U.S.C. § 924(a)(1)(A)<br>(False Statement During the Purchase of a Firearm)<br>Count 1 |
| Michael Scott Dacier, | | |
| Defendant. | | 18 U.S.C. §§ 922(a)(6) & 924(a)(2)<br>(Material False Statement in Connection with the Acquisition of a Firearm)<br>Count 2 |

**THE GRAND JURY CHARGES:**

**<u>COUNT 1</u>**

On or about September 25, 2019, in the District of Arizona, Defendant MICHAEL SCOTT DACIER knowingly made a false statement and representation to Ammo A-Z, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Ammo A-Z, in that Defendant MICHAEL SCOTT DACIER executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearm Transaction Report, stating that he resided at an address in

Phoenix, Arizona, whereas in truth and fact, Defendant MICHAEL SCOTT DACIER knew he resided at a different address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

### COUNT 2

On or about September 25, 2019, in the District of Arizona, Defendant MICHAEL SCOTT DACIER knowingly made a false statement and representation in connection with the acquisition of a firearm to Ammo A-Z, which was intended and likely to deceive Ammo A-Z as to a fact material to the lawfulness of a sale of a firearm by Ammo A-Z, which is licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Ammo A-Z, in that Defendant MICHAEL SCOTT DACIER did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating he was the actual transferee/buyer, whereas in truth and fact, he knew that he was purchasing the firearms for someone else.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL

S/

FOREPERSON OF THE GRAND JURY
Date:  December 27, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona


S/

BENJAMIN GOLDBERG
Assistant U.S. Attorney

- 2 -